McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
JOHN CUSKER
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL MAYBERRY, | Case No. 2:06-CV-00164-CMK |
| Plaintiff, | STIPULATION TO REDACT PAGES FROM THE CERTIFIED ADMINISTRATIVE TRANSCRIPT AND LODGE THE REDACTED TRANSCRIPT IN THIS ACTION; ORDER |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1) Page 347 of the Certified Administrative Transcript (which has not yet been filed in this action) consists of a confidential record pertaining to an individual other than Plaintiff and is not related to this action;

2) Said page shall be removed from the Certified Administrative Transcript, and from all copies of the Transcript, and then destroyed by Plaintiff's attorney, the Assistant United States Attorney, and the Assistant Regional Counsel; the redacted

Redaction Stip. & Order - 06-cv-00164      **1**

Certified Administrative Record shall then be lodged in this action and served upon Plaintiff.

    3) The above-mentioned page, mistakenly included in the Transcripts, will not be disclosed to anyone.

    4) The inadvertent inclusion of the above-mentioned page in the Certified Administrative Transcript will not be a basis for a claimed error.

DATED: May 3, 2006      By:   /s/ Peter Brixie
                                  PETER BRIXIE
                                  Attorney at Law

                                  Attorney for Plaintiff

DATED: May 4, 2006         McGREGOR W. SCOTT
                                  United States Attorney
                                  BOBBIE J. MONTOYA
                                  Assistant U.S. Attorney

                            By:   /s/ Bobbie J. Montoya for
                                  JOHN CUSKER
                                  Special Assistant U. S. Attorney

                                  Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
U.S. SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED:   May 9, 2006.

                                  _____
                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE

Redaction Stip. & Order - 06-cv-00164   **2**