1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for CRYSTAL MAYBERRY**
5

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10 **CRYSTAL MAYBERRY,**            )   CASE NO.:   Civ S. 06-164 CMK
                                    )
11                      Plaintiff,  )   **Stipulation and Order Extending Time to**
                                    )   **File and Serve Motion**
12 vs.                              )
                                    )
13 **Joanne B. Barnhart, Commissioner of** )
   **Social Security,**             )
14                                  )
                        Defendant.  )
15                                  )

16

17
        IT IS HEREBY STIPULATED by and between the parties, through their respective
18
   undersigned attorneys, and with the permission of the Court as evidenced below, that the
19
   Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby
20
   extended to the new filing date of July 17, 2006.  The extension is needed due to press of
21
   business in plaintiff's attorney's office.
22

23

24

25

26

27

28

This is the 1st request for extension by plaintiff.

Dated: 6/15/06                                    /s/Peter Brixie
                                                  PETER BRIXIE
                                                  Attorney at Law

                                                  Attorney for Plaintiff

Dated: 6/15/06
                                    By:    /s/Bobbie J. Montoya
                                           BOBBIE J. MONTOYA
                                           Assistant U. S. Attorney

                                           Attorney for Defendant

                              __ooo__

APPROVED AND SO ORDERED

DATED:   June 21, 2006.


                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE