1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for CRYSTAL MAYBERRY**
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 **CRYSTAL MAYBERRY,**           )   **CASE NO.:**  Civ S. 06-164 CMK
                                   )
11                    Plaintiff,   )   **Stipulation and Order Extending Time to**
                                   )   **File and Serve Motion**
12 vs.                             )
                                   )
13 **Joanne B. Barnhart, Commissioner of** )
   **Social Security,**            )
14                                 )
                       Defendant.  )
15                                 )

16

17
       IT IS HEREBY STIPULATED by and between the parties, through their respective
18
   undersigned attorneys, and with the permission of the Court as evidenced below, that the
19
   Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby
20
   extended to the new filing date of August 21, 2006.  The extension is needed due to press of
21
   business in plaintiff's attorney's office.
22

23     This is the 2nd request for extension by plaintiff.

24
   Dated: July 14, 2006                    /s/Peter Brixie
25                                         PETER BRIXIE
                                           Attorney at Law
26
                                           Attorney for Plaintiff
27

28 Dated: July 14, 2006

1            By:    /s/Bobbie J. Montoya
                              BOBBIE J. MONTOYA
2                               Assistant U. S. Attorney

3                               Attorney for Defendant

4

5                         __ooo__

6 APPROVED AND SO ORDERED

7 DATED: July 18, 2006.

8

9                      _____
                      **CRAIG M. KELLISON**
10                      UNITED STATES MAGISTRATE JUDGE