IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRYSTAL MAYBERRY,

    Plaintiff,                                CIV S-06-0164 CMK

    vs.

JO ANNE B. BARNHART,                     <u>ORDER</u>
Commissioner of Social Security,

    Defendant.

_____/

        On February 26, 2007, the parties filed a stipulation that counsel for plaintiff be awarded attorney's fees under the Equal Access to Justice Act in the amount of TWO THOUSAND SIX HUNDRED EIGHTY-FIVE and 00/100 DOLLARS ($2,685.00). (Doc. 27) The court approves the stipulation. IT IS SO ORDERED.

DATED: March 2, 2007.

                                                    */s/ Craig M. Kellison*
                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE